**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ERNEST TIMOTHY BISHOP                                             PLAINTIFF

v.                              No. 1:13CV00097 JLH

CITY OF BATESVILLE;
ANTHONY CARTER, individually and in his
official capacity; and ANDREW ROGERS,
individually and in his official capacity                        DEFENDANTS

## ORDER OF DISMISSAL

The joint motion to dismiss is GRANTED.  Document #18.  This action is hereby dismissed

with prejudice.

IT IS SO ORDERED this 19th day of February, 2015.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE